UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON,<br><br>          Plaintiff,<br><br>     v.<br><br>JEFF MACOMBER,<br><br>          Defendant. | No. 2:17-cv-0011 DB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed. The Clerk of the Court shall terminate all pending motions.

Dated:  March 17, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7;
DB/Inbox/Routine/hend0011.59